UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:13-cr-0004-JMS-DML |
| | ) | |
| WILLIAM MILLS, | ) | |
| | ) | |
| Defendant. | ) | |

# Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch's Report and Recommendation that William Mills's supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders:

(a) Mr. Mills will enter a substance abuse treatment program within 45 days, which he will regularly attend; and

(b) Mr. Mills will successfully complete the substance abuse treatment program.

SO ORDERED.

Date: 03/26/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Joseph M. Cleary
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

United States Probation Office

United States Marshal